## WALKER v. STATE.
No. 22952.

Court of Criminal Appeals of Texas.

Nov. 8, 1944.

No attorney for appellant.

Ernest S. Goens, State's Atty., of Austin, for the State.

GRAVES, Judge.

Appellant was convicted of burglary, and his punishment assessed at two years confinement in the penitentiary.

No statement of facts or bills of exceptions appear in the record, in the absence of which no question has been presented for review. The indictment and all matters of procedure appear regular.

The judgment of the trial court is affirmed.

## HAWKINS v. STATE.
No. 22942.

Court of Criminal Appeals of Texas.

Nov. 8, 1944.

W. S. Poston and Wiley B. Thomas, both of Groveton, for appellant.

Ernest S. Goens, State's Atty., of Austin, for the State.

KRUEGER, Judge.

The offense is murder. The punishment assessed is confinement in the state penitentiary for a term of two years.

The record is before us without a statement of facts or bills of exception. The indictment and all other matters. of procedure appear regular.

The judgment of the trial court is affirmed.

PER CURIAM.

The foregoing opinion of the Commission of Appeals has been examined by the Judges of the Court of Criminal Appeals and approved by the Court.